**D & S CONSULTANTS, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

**and**

**CACI–ISS, Inc., Defendant,**

**and**

**HP Enterprise Services, LLC., Defendant.**

**No. 2012–5031.**

United States Court of Appeals, Federal Circuit.

Oct. 9, 2012.

Anthony H. Anikeeff, Williams Mullen, PC, of McLean, VA, argued for plaintiff-appellant.

Christopher L. Krafchek, Trial Attorney, Commercial Litigation Branch, Civil

Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director. Of counsel on the brief was Vincent Buonocore, Deputy Assistant General Counsel, Office of the General Counsel, United States Department of Veterans Affairs, of Eatontown, NJ.

PROST, MAYER, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.